IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

QUANTAN P. RICHARDSON,

    *Plaintiff*,

v.                                                                     Case No.: 5:25cv172-MW/MJF

JAKE DANIELS, et al.,

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. The Magistrate Judge recommends dismissal based on Plaintiff's failure to file a complaint that complies with the Local Rules and failure to comply with three court orders. Plaintiff was apparently released from custody over two months ago and he has failed to update his mailing address with the Clerk's Office. Both the report and recommendation and the Magistrate Judge's prior order to show cause were returned as undeliverable. However, as the Magistrate Judge notes, it is Plaintiff's responsibility to alert the Clerk's Office of his new mailing address. Plaintiff has failed to do so. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** based on Plaintiff's failure to comply with the Local Rules and failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on March 6, 2026.**

<u>s/Mark E. Walker</u>
**United States District Judge**